

| ABBEY |
|---|
| SPANIER |
| RODD |
| & |
| ABRAMS, LLP |
| ATTORNEYS AT LAW |

212 EAST 39TH STREET
NEW YORK, NEW YORK 10016
PHONE 212 889 3700
FAX 212 684 5191
www.abbeyspanier.com

JILL S. ABRAMS

jabrams@abbeyspanier.com

March 2, 2011



In confirmed
to May 6, 2011,
10:00 a.m.
3-4-11

**VIA TELECOPIER**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:    _Rojas, et al., v. World Yacht, LLC, et al._, 10-cv-6286-AKH

    I am a member of the Abbey Spanier firm and we represent Plaintiffs in the above-captioned matter. I write on behalf of the parties to request a six week adjournment of the pretrial conference currently scheduled for March 11, 2011 at 10 a.m. Pursuant to Rule 1.D of Your Honor's Individual Practices concerning requests for adjournments, we provide the following information.

    During the initial pre-trial conference held on January 21, 2011, counsel informed the Court that the parties are discussing settlement and that, to that end, Defendants would be producing documents for Plaintiffs' review. Your Honor returned to us the pre-trial conference papers we had previously submitted and set March 11, 2011 as the date for our return. Because the document production and review has taken longer than the parties anticipated, we are not as advanced in the settlement process as we had hoped and, therefore, we will not be not ready to provide additional information to the Court on March 11, 2011. As such, we request a six week adjournment of the pre-trial conference. We are hopeful that during that time, we will either reach resolution or conclude that we are unable to do so.

    We are aware of no issues that would derail further settlement discussions. We have not requested a previous adjournment of the conference and the parties have all agreed to make this request.

Respectfully submitted,

Jill S. Abrams

JSA:lk

cc:   Harlan Silverstein, Esq.
      Patrick Butler, Esq.