

# KM&M
KAUFF McGUIRE & MARGOLIS LLP

950 THIRD AVENUE · FOURTEENTH FLOOR
NEW YORK, N.Y. 10022

TELEPHONE (212) 644-1010
FACSIMILE (212) 644-1936

J. PATRICK BUTLER
DIRECT DIAL: (212) 909-0714
DIRECT FAX: (212) 909-3514
BUTLER@KMM.COM



NEW YORK
LOS ANGELES
WWW.KMM.COM

April 28, 2011

**VIA FACSIMILE (212) 805-7942**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States District Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    Re:    Rojas, et al. v. World Yacht Inc., et al. (10-cv-6286)
           KM&M File No. 08501.8332

Dear Judge Hellerstein:

       This firm represents the defendants in the referenced matter and writes on behalf of the parties to request a six week adjournment of the pretrial conference scheduled for May 6, 2011.

       An initial pretrial conference in this matter was held on January 21, 2011. A second conference initially was scheduled for March 11, 2011, but the Court granted a six week adjournment request, rescheduling the conference for May 6, 2011. At the initial conference, the parties informed the Court that they had begun discussing resolution of this matter. Specifically, prior to the conference the defendants had produced to the plaintiffs' counsel an accounting of the amounts of each of the fifteen plaintiff's potential claims. Since the initial conference, plaintiffs' counsel have conducted a due diligence review of the defendant's voluminous business records and met with each of the plaintiffs to discuss the potential settlement of this matter. The defendants also have responded and are continuing to respond to certain follow up inquiries.

       The parties believe they now are at a stage where serious settlement negotiations can begin, and anticipate that they will begin in the next two weeks. In light of these anticipated discussions, the parties respectfully request a second six week adjournment of the pretrial conference, after which they believe that they will have

4850-2935-4249.1


KAUFF McGUIRE & MARGOLIS LLP

Hon. Alvin K. Hellerstein
April 28, 2011
Page 2

resolved this matter or determined whether it can be resolved at this stage of the proceedings.

   Please let us know if you have any questions, and thank you for your consideration of this request.

         Very truly yours,

         *J. Patrick Butler*
         J. Patrick Butler

cc: Jill Abrams, Esq.
   Jeremy Nash, Esq.

4850-2935-4249.1
KAUFF McGUIRE & MARGOLIS LLP